No. 1064, Misc.  CLEMMONS *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1067, Misc.  KNIGHT *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 1068, Misc.  HUSKEY *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 1073, Misc.  CANCEL-MIRANDA ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Len W. Holt* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1074, Misc.  BROWN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 1075, Misc.  BOGART ET UX. *v.* CALIFORNIA ET AL. C. A. 9th Cir.  Certiorari denied.  *Peter D. Bogart, pro se,* and for other petitioner.

No. 1076, Misc.  TREST *v.* UNITED STATES.  Ct. Cl. Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 1077, Misc.  McGURRIN *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 1082, Misc.  DENNIS *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 1087, Misc.  DIKOVICS *v.* DISTRICT COURT, JEFFERSON COUNTY, COLORADO, ET AL.  C. A. 10th Cir. Certiorari denied.